[L. A. No. 1873.   In Bank.—July 2, 1906.]

S. EGRESSY et al., Appellants, v. CHARLES STANS-
BURY, and E. R. FOX, Respondents.

Appeal—Dismissal—Time for Filing Points—Holidays.—An appeal
   will be dismissed for failure of the appellant to file his points and
   authorities within the time required, where no legal excuse appears;
   and where the time expired long before April 18, 1906, and no
   points were on file when respondent filed his motion to dismiss
   the appeal, on the 7th of May last, the act of the governor in
   proclaiming legal holidays, beginning with the 19th of April last,
   can have no effect upon the rights of the appellant.

MOTION to dismiss an appeal from the Superior Court of
Los Angeles County.

The facts are stated in the opinion of the court.

Cole & Cole, for Appellants.

L. M. Fall, for Respondents.

THE COURT.—The motion of respondent to dismiss the
appeal in the above entitled cause is granted.   The time for
the filing of the appellant's points and authorities expired
long before the eighteenth day of April, 1906.   No points and
authorities had been filed up to the seventh day of May last,
and on that day the motion to dismiss the appeal was filed
in this court.   The act of the governor in proclaiming legal
holidays beginning with the 19th of April last could have
no effect whatever upon the right of the appellant to file his
points and authorities in a case such as this, where his time
had expired before any holidays were proclaimed.